Capecci, Appellant, *v.* Joseph Capecci, Inc.

Argued January 13, 1958. Before JONES, C. J. BELL, CHIDSEY, MUSMANNO, JONES and COHEN, JJ.

*Norman Shigon,* for appellant.

*Park B. Dilks, Jr.,* with him *Souser, Schumacker, Kleeb & Lunkenheimer,* for appellee.

OPINION PER CURIAM, March 17, 1958:
The judgment of the Court below is affirmed on the opinion of Judge REIMEL of the Court of Common Pleas No. 5 of Philadelphia County, reported in 11 Pa. D. & C. 2d 459.